UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETTE K. TILLMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIRKHOLTZ,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-08454-FLA (DFM)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Under 28 U.S.C. § 636, the court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner filed objections.  The court engaged in a de novo review of those portions of the Report and Recommendation to which objections were made.  The court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

Dated: August 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1