JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETTE K. TILLMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>BIRKHOLTZ,<br><br>                Defendant. | Case No. 2:22-cv-08454-FLA (DFM)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

Dated: August 21, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge